# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140201

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 140201
COA: 293162
Wayne CC: 05-003842

NICHOLAS ASHMON,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the October 28, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

d0419